**Order Terminating Term of Supervision
Prior to Expiration Date--Notice of Death**

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs. ) | |
| ) | **Docket Number: 2:08CR00572-01** |
| **Jenkins, Floyd Melvin** ) | |
| ) | |

On May 4, 2009, the above-named defendant was sentenced 12 months of Probation. In June 2009, our office was notified that Mr. Floyd died on May 25, 2009 (attached is a copy of the death certificate).

It is accordingly recommended that this case be closed.

Respectfully submitted,

/s/
**LINDA ALGER**
**Supervising United States Probation Officer**

### ORDER OF COURT

It is ordered that this case be closed this __27th__ day of __April__, 20 __10__.

/s/ Gregory G. Hollows
**Gregory G. Hollows**
United States Magistrate Judge

melvin.ord

Attachment

cc:   Assistant United States Attorney
      Restitution Accounts - Victims
      Clerks Office - Financial
      Flu Unit - AUSA